UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 NOV 10  PM 2: 35
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF WILLIAM HENRY PORTER JR. TO THE FEDERAL BAR OF MARYLAND | * * * * * Case Number. * * |

* * * * * * * * * * * * * * * *

**PETITION FOR REINSTATEMENT FOLLOWING DISBARMENT**

Now comes the pro se' Petitioner, William Henry Porter Jr., and petitions this Honorable Court pursuant to Federal Rule 705.4 (c ), for reinstatement into the Bar for the Federal District Court of Maryland.

In support of said Petition, the Petitioner Respectfully states:

1. That the Petitioner was disbarred from the practice of law in 1997 by the Maryland Court of Appeals, and the Federal District Court of Maryland;

2. That after ten years of being disbarred (August of 2007), the Petitioner applied for and was granted reinstatement to the Maryland Bar by the Maryland Court of Appeals;

3. That at the time that the Petitioner filed for reinstatement, the Maryland Attorney Grievance Commission submitted a document to the Maryland Court of Appeals stating that it had no objections to the Petitioner being reinstated to the Maryland Bar;

4. That in January of 2008, the Petitioner was reinstated and sworn in as an active member of the Maryland State Bar by the Maryland Court of Appeals;

5. That the Petitioner has been a member in Good Standing with the Maryland Bar since his Reinstatement in January of 2008;

6. Since the imposition of discipline, the Petitioner has not been the subject of any further professional discipline ;

7. Since the imposition of discipline, the Petitioner has not been arrested, charged with, indicted, convicted, tried, and/or entered a plea of guilty to the any felonies, misdemeanors, violations, and/or traffic infractions;

WHEREFORE, the Petitioner Respectfully Requests:

a. That this Honorable Court grants this application for reinstatement as an attorney and counselor-at-law licensed to practice in all Federal Courts in the District of Maryland;

b. Such further relief that the Petitioner's cause may merit.

Respectfully Submitted

_____
William Porter
9701 Apollo Drive
Suite 301
Largo, Maryland 20774
Tel: 301-627-3149

Pro Se Petitioner

__11-10-15__
Date